```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CALLISTE ET AL.,                           :
                                           :   24-CV-4016 (JHR) (RWL)
                    Plaintiffs,            :
                                           :
          - against -                      :   ORDER
                                           :
                                           :
CITY OF NEW YORK,                          :
                                           :
                    Defendant.             :
                                           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

As discussed at the conference held on October 7, 2025:

1. By **October 14, 2025**, Defendants will produce the time records it currently has available for production and the additional time records they expect to receive before October 14, 2025.

2. By **October 31, 2025**, Defendants shall complete document production of time records from all campuses.

3. By **November 5, 2025**, the parties shall file a joint status letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1