Request granted.  The March 10 conference will be rescheduled.

SO ORDERED:

3/3/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**SONYA GIDUMAL-CHAZIN**
*Assistant Corporation Counsel*
Phone:  (212) 356-0890
Fax:  (212) 356-1148
E-mail:  schazin@law.nyc.gov

March 3, 2026

**<u>BY ECF</u>**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

> Re:    *Calliste, et al. v. City University of New York*
>          1:24 CV 04016 (JHR) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorneys for Defendant representing the City University of New York in the above-captioned proceeding. Defendant respectfully requests an adjournment of the mediation currently scheduled for March 10, 2026, to either April 22, 2026 or April 23, 2026. Plaintiffs do not object to this request.

As previously reported in the parties February 4, 2026 Joint Status Report (Dkt. 81), after the Defendant produced the relevant pay and timekeeping records for all campuses, Plaintiffs were able to develop a damages model and provided Defendant with a settlement demand, with the underlying calculations, on January 5, 2026. Defendant has submitted the offer and underlying damages model to their expert, and Plaintiffs' settlement demand is under evaluation for purposes of making a counter offer. On February 23, 2026, Defendant requested fee and expense reports from Plaintiffs to support the request for attorneys in their settlement demand. Plaintiffs' Counsel produced such records on March 2, 2026.  All relevant materials will be submitted to the Office of the Comptroller for consideration shortly. In full disclosure, it remains uncertain whether settlement authority will be granted by April 22, 2026.  Once authority is received, however, it is likely that parties may be able to settle this matter without a need for a mediation.   In light of the foregoing, the parties respectfully request the following:

1.    An adjournment of the mediation from March 10, 2026, to either April 22, 2026 or April 23, 2026; and

2.      Permission to submit a further joint status report regarding settlement progress in 30 days.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Sonya Gidumal-Chazin*

Sonya Gidumal-Chazin
Assistant Corporation Counsel

cc:     Counsel of Record (By ECF)