

**STEVEN BANKS**
*Corporation Counsel*

THE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NIKHIL A. PANDEY**
*Assistant Corporation Counsel*
Phone: (212) 356-2470
Fax: (212) 356-1148
E-mail: npandey@law.nyc.gov

May 20, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

The adjournment is granted to a date and time to be determined by the Court.

SO ORDERED:

5/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    *Calliste, et al. v. City University of New York*
1:24 CV 04016 (JHR) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorneys for Defendant representing the City University of New York in the above-captioned proceeding. Defendant respectfully requests an adjournment of the settlement conference currently scheduled for May 28, 2026, to June 25, 2026, and a commensurate extension of time for the mediation statement deadline. Plaintiffs do not object to this request.

As previously reported Plaintiffs' settlement demand is under evaluation for purposes of making a counter offer. On February 23, 2026, Defendant requested fee and expense reports from Plaintiffs to support the request for attorneys in their settlement demand. Plaintiffs' Counsel produced such records on March 2, 2026. All relevant materials will be submitted to the Office of the Comptroller for consideration shortly, and meaningful discussions have been held with the City University of New York in an effort to obtain settlement authority and to fully analyze all legal issues. In full disclosure, it remains uncertain whether settlement authority will be granted by June 25, 2026. The parties remain hopeful that settlement can be reached once authority is received, and without Court participation. In light of the foregoing, the parties respectfully request the following:

1.    An adjournment of the settlement conference from May 28, 2026 to June 25, 2026; and

2.    Permission to submit mediation statements on June 18, 2026, per the Court's rules

3.    A pre-settlement conference call prior to the June 25th settlement conference.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Nikhil A. Pandey*

Nikhil A. Pandey
Assistant Corporation Counsel

cc:    Counsel of Record (By ECF**)**