

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NIKHIL A. PANDEY**
*Assistant Corporation Counsel*
Phone:  (212) 356-2470
Fax:  (212) 356-1148
E-mail:  npandey@law.nyc.gov

June 22, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re:   *Calliste, et al. v. City University of New York*
1:24 CV 04016 (JHR) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorneys for Defendant representing the City University of New York in the above-captioned proceeding. As set forth below, because the Defendant will not yet have settlement authority by the June 30, 2026, conference date, the parties conferred and jointly request to convert the settlement conference currently scheduled for June 30, 2026 to a status conference so the Defendant may apprise the Court and Plaintiffs of the progress made since the June 2, 2026 Conference. As a result, the parties also seek a commensurate extension of time for the mediation statement deadline.

As previously reported Plaintiffs' settlement demand is under evaluation for purposes of making a counteroffer. On June 17, 2026, all relevant materials were submitted to the Office of the Comptroller for consideration, and meaningful discussions have continued with the City University of New York to obtain settlement authority and to fully analyze all legal issues. The parties remain hopeful that settlement can be reached once authority is received, and without Court participation. In light of the foregoing, the parties respectfully request the following:

1.   Conversion of the settlement conference currently scheduled for June 30, 2026 into a pre-settlement conference call on the same date and time; and

2.   Permission to select a date for a settlement conference during the June 30, 2026 pre-settlement conference call

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Nikhil A. Pandey*
Nikhil A. Pandey
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)

Request granted.  The June 30, 2026 settlement conference is converted to a status conference via Teams.  The Court will discuss a new settlement conference date with the parties during the conference.

SO ORDERED:

6/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE