**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NIKHIL A. PANDEY**
*Assistant Corporation Counsel*
Phone: (212) 356-2470
Fax: (212) 356-1148
E-mail: npandey@law.nyc.gov

August 4, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Granted.

SO ORDERED:

8/5/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *Calliste, et al. v. City University of New York*
1:24 CV 04016 (JHR) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant the City University of New York ("CUNY") in the above-captioned proceeding. Plaintiffs, who are current and former employees of the CUNY Public Safety Department, bring a collective action under the Fair Labor Standards Act.

I write to respectfully request a brief, three-day extension of time, from August 4, 2026 to August 7, 2026, for Defendant CUNY to submit its *ex parte* pre-settlement conference letter and completed attendance certification form in advance of the settlement conference scheduled for August 11, 2026 at 2:30 p.m. I apologize to the Court for the lateness of this request in light of Your Honor's Individual Practices. This is Defendant's first request for an extension to submit the pre-conference submissions.

The primary reason for the requested extension is due to professional obligations of the undersigned in this and other matters. The requested extension, therefore, will enable me to finalize drafting the *ex parte* settlement letter and submit it to the Court. And given that Defendant only recently provided Plaintiffs with a counteroffer on two of Plaintiffs' claims during settlement discussions between the parties beginning earlier this week, with the parties remaining divided on three of Plaintiffs' remaining claims, the requested extension will provide additional time for further negotiations between the parties this week and internal deliberations by Defendant on potential settlement.

Plaintiffs do not consent to the requested brief, three-day extension, on the purported grounds that the Court may not have ample time to review the submissions, and that Defendant should be in a position to submit the pre-conference letter by today. But Plaintiffs will not be prejudiced by the brief extension, especially given that pursuant to Your Honor's Settlement Conference and Mediation Procedures, the pre-conference submissions should not be provided to opposing parties.

Accordingly, Defendant CUNY respectfully requests an extension of time, to August 7, 2026, to submit its *ex parte* pre-settlement conference letter and completed attendance certification form.

Defendant thanks the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Nikhil A. Pandey*
Nikhil A. Pandey
Assistant Corporation Counsel

cc: Counsel of Record (By ECF)